UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., <br><br> Plaintiff, <br><br> v. <br><br> Anthony Marchelletta, an individual and d/b/a Amazon.com Seller GreatDeals&Buys, and Does 1-10, inclusive, <br><br> Defendants. | Case No.: CV13-4088 JAK (JEMx) <br><br> CONSENT DECREE AND PERMANENT INJUNCTION <br><br> JS-6 |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff") and Defendant Anthony Marchelletta, an individual and d/b/a Amazon.com Seller GreatDeals&Buys ("Defendant"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338.

Service of process was properly made against Defendant.

2) Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3) Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4) Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

    a) Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

    b) Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

    c) Profiting from the unauthorized copying, reproduction, downloading,

distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5) Each side shall bear its own fees and costs of suit.

6) Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7) This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

10) This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: October 2, 2013

_____
Hon. John A. Kronstadt
United States District Judge

# EXHIBIT A

# COPYRIGHT REGISTRATIONS

| Registration No. | Description | Copyright Claimant |
|---|---|---|
| PA 1-857-632 | TWO BROKE GIRLS: Pilot | Warner Bros. Entertainment Inc. ("WBEI") |
| PA 1-857-622 | TWO BROKE GIRLS: And the Break-Up Scene | WBEI |
| PA 1-857-637 | TWO BROKE GIRLS: And Strokes of Goodwill | WBEI |
| PA 1-857-629 | TWO BROKE GIRLS: And the Rich People Problems | WBEI |
| PA 1-857-626 | TWO BROKE GIRLS: And the '90s Horse Party | WBEI |
| PA 1-857-647 | TWO BROKE GIRLS: And the Disappearing Bed | WBEI |
| PA 1-858-996 | TWO BROKE GIRLS: And the Pretty Problem | WBEI |
| PA 1-859-017 | TWO BROKE GIRLS: And Hoarder Culture | WBEI |
| PA 1-845-513 | TWO BROKE GIRLS: And the Really Petty Cash | WBEI |
| PA 1-845-512 | TWO BROKE GIRLS: And the Very Christmas Thanksgiving | WBEI |
| PA 1-859-027 | TWO BROKE GIRLS: And the Reality Check | WBEI |
| PA 1-859-040 | TWO BROKE GIRLS: And the Pop-Up Sale | WBEI |
| PA 1-859-045 | TWO BROKE GIRLS: And the Secret Ingredient | WBEI |
| PA 1-859-048 | TWO BROKE GIRLS: And the Upstairs Neighbor | WBEI |
| PA 1-859-050 | TWO BROKE GIRLS: And the Blind Spot | WBEI |
| PA 1-859-054 | TWO BROKE GIRLS: And the Broken Hearts | WBEI |
| PA 1-859-057 | TWO BROKE GIRLS: And the Kosher Cupcakes | WBEI |
| PA 1-857-641 | TWO BROKE GIRLS: And the One-Night Stands | WBEI |
| PA 1-857-634 | TWO BROKE GIRLS: And the Spring Break | WBEI |
| PA 1-859-011 | TWO BROKE GIRLS: And the Drug Money | WBEI |
| PA 1-859-059 | TWO BROKE GIRLS: And the Messy Purse Smackdown | WBEI |
| PA 1-859-060 | TWO BROKE GIRLS: And the Big Buttercream Breakthrough | WBEI |

| | | |
|---|---|---|
| PA 1-859-063 | TWO BROKE GIRLS: And Martha Stewart Have a Ball: Part One | WBEI |
| PA 1-859-065 | TWO BROKE GIRLS: And Martha Stewart Have a Ball: Part Two | WBEI |
| PA 1-227-680 | DEADWOOD: Deadwood | Home Box Office, Inc. ("HBO") |
| PA 1-231-791 | DEADWOOD: Deep Water | HBO |
| PA 1-231-792 | DEADWOOD: Reconnoitering The Rim | HBO |
| PA 1-227-640 | DEADWOOD: Here Was A Man | HBO |
| PA 1-227-633 | DEADWOOD: The Trial Of Jack McCall | HBO |
| PA 1-227-641 | DEADWOOD: Plague | HBO |
| PA 1-232-758 | DEADWOOD: Bullock Returns To The Camp | HBO |
| PA 1-232-759 | DEADWOOD: Suffer The Little Children | HBO |
| PA 1-232-744 | DEADWOOD: No Other Sons Or Daughters | HBO |
| PA 1-232-740 | DEADWOOD: Mr. Wu | HBO |
| PA 1-233-007 | DEADWOOD: Jewels Boot Is Made For Walking | HBO |
| PA 1-233-008 | DEADWOOD: Sold Under Sin | HBO |
| PA 1-354-918 | DEADWOOD: A Lie Agreed Upon, Part I | HBO |
| PA 1-354-919 | DEADWOOD: A Lie Agreed Upon, Part II | HBO |
| PA 1-272-613 | DEADWOOD: New Money | HBO |
| PA 1-272-614 | DEADWOOD: Requiem For A Gleet | HBO |
| PA 1-274-760 | DEADWOOD: Complications | HBO |
| PA 1-274-767 | DEADWOOD: Something Very Expensive | HBO |
| PA 1-274-768 | DEADWOOD: E. B. Was Left Out | HBO |
| PA 1-280-307 | DEADWOOD: Childish Things | HBO |
| PA 1-277-128 | DEADWOOD: Amalgamation And Capital | HBO |
| PA 1-275-223 | DEADWOOD: Advances None Miraculous | HBO |
| PA 1-275-224 | DEADWOOD: The Whores Can Come | HBO |
| PA 1-275-225 | DEADWOOD: Boy The Earth Talks-To | HBO |
| PA 1-324-821 | DEADWOOD: Tell Your God To Ready For Blood | HBO |
| PA 1-324-841 | DEADWOOD: I Am Not The Fine Man You Take Me For | HBO |
| PA 1-324-842 | DEADWOOD: True Colors | HBO |

| PA 1-325-040 | DEADWOOD: Full Faith And Credit | HBO |
|---|---|---|
| PA 1-325-041 | DEADWOOD: A Two Headed Beast | HBO |
| PA 1-325-042 | DEADWOOD: A Rich Find | HBO |
| PA 1-325-043 | DEADWOOD: Unauthorized Cinnamon | HBO |
| PA 1-340-844 | DEADWOOD: Leviathan Smiles | HBO |
| PA 1-340-840 | DEADWOOD: Amateur Night | HBO |
| PA 1-353-510 | DEADWOOD: A Constant Throb | HBO |
| PA 1-353-507 | DEADWOOD: The Catbird Sear | HBO |
| PA 1-261-131 | DEADWOOD: Tell Him Something Pretty | HBO |
| PA 1-063-646 | HARRY POTTER AND THE SORCERER'S STONE | WBEI |
| PA 1-105-748 | HARRY POTTER AND THE CHAMBER OF SECRETS | Miracle Productions GmbH & Co. KG |
| PA 1-222-542 | HARRY POTTER AND THE PRISONER OF AZKABAN | P of A Productions Limited |
| PA 1-279-121 | HARRY POTTER AND THE GOBLET OF FIRE | Patalex IV Productions Limited |
| PA 1-355-547 | HARRY POTTER AND THE ORDER OF THE PHOENIX | WBEI |
| PA 1-647-906 | HARRY POTTER AND THE HALF-BLOOD PRINCE | WBEI |
| PA 1-721-904 | HARRY POTTER AND THE DEATHLY HALLOWS PART 1 | WBEI |
| PA 1-742-099 | HARRY POTTER AND THE DEATHLY HALLOWS PART 2 | WBEI |
| PA 1-857-474 | NIKITA: Pilot | WBEI |
| PA 1-858-489 | NIKITA: 2.0 | WBEI |
| PA 1-858-493 | NIKITA: Kill Jill | WBEI |
| PA 1-857-475 | NIKITA: Rough Trade | WBEI |
| PA 1-858-512 | NIKITA: The Guardian | WBEI |
| PA 1-857-479 | NIKITA: Resistance | WBEI |
| PA 1-857-477 | NIKITA: The Recruit | WBEI |

| | | |
|---|---|---|
| PA 1-857-476 | NIKITA: Phoenix | WBEI |
| PA 1-857-478 | NIKITA: One Way | WBEI |
| PA 1-858-508 | NIKITA: Dark Matter | WBEI |
| PA 1-858-486 | NIKITA: All the Way | WBEI |
| PA 1-858-480 | NIKITA: Free | WBEI |
| PA 1-858-468 | NIKITA: Coup de Grace | WBEI |
| PA 1-858-497 | NIKITA: The Next Seduction | WBEI |
| PA 1-856-502 | NIKITA: Alexandra | WBEI |
| PA 1-856-501 | NIKITA: Echoes | WBEI |
| PA 1-856-503 | NIKITA: Covenant | WBEI |
| PA 1-856-499 | NIKITA: Into the Dark | WBEI |
| PA 1-856-500 | NIKITA: Girl's Best Friend | WBEI |
| PA 1-858-476 | NIKITA: Glass Houses | WBEI |
| PA 1-858-474 | NIKITA: Betrayals | WBEI |
| PA 1-858-483 | NIKITA: Pandora | WBEI |
| PA 1-798-781 | ONE TREE HILL: Know This, We've Noticed | WBEI |
| PA 1-798-785 | ONE TREE HILL: In The Room Where You Sleep | WBEI |
| PA 1-799-110 | ONE TREE HILL: Love The Way You Lie | WBEI |
| PA 1-798-806 | ONE TREE HILL: Don't You Want To Share The Guilt? | WBEI |
| PA 1-798-814 | ONE TREE HILL: The Killing Moon | WBEI |
| PA 1-798-826 | ONE TREE HILL: Catastrophe And The Cure | WBEI |
| PA 1-798-827 | ONE TREE HILL: Last Known Surroundings | WBEI |
| PA 1-798-828 | ONE TREE HILL: A Rush Of Blood To The Head | WBEI |
| PA 1-798-830 | ONE TREE HILL: Every Breath Is A Bomb | WBEI |
| PA 1-798-831 | ONE TREE HILL: Hardcore Will Never Die, But You Will | WBEI |
| PA 1-798-833 | ONE TREE HILL: Danny Boy | WBEI |
| PA 1-798-842 | ONE TREE HILL: Anyone Who Had A Heart | WBEI |
| PA 1-798-847 | ONE TREE HILL: One Tree Hill | WBEI |

| | | |
|---|---|---|
| PA1-656-999 | Sherlock Holmes | Internationale Filmproduktion Blackbird Zweite GmbH & Co. KG |
| PA 1-622-014 | SUPERNATURAL: Pilot | WBEI |
| PA 1-622-006 | SUPERNATURAL: Wendigo | WBEI |
| PA 1-622-010 | SUPERNATURAL: Dead In The Water | WBEI |
| PA 1-622-003 | SUPERNATURAL: Phantom Traveler | WBEI |
| PA 1-622-012 | SUPERNATURAL: Bloody Mary | WBEI |
| PA 1-622-004 | SUPERNATURAL: Skin | WBEI |
| PA 1-622-007 | SUPERNATURAL: HookMan | WBEI |
| PA 1-621-991 | SUPERNATURAL: Bugs | WBEI |
| PA 1-622-002 | SUPERNATURAL: Home | WBEI |
| PA 1-622-000 | SUPERNATURAL: Asylum | WBEI |
| PA 1-621-996 | SUPERNATURAL: Scarecrow | WBEI |
| PA 1-621-999 | SUPERNATURAL: Faith | WBEI |
| PA 1-621-998 | SUPERNATURAL: Route 666 | WBEI |
| PA 1-621-997 | SUPERNATURAL: Nightmare | WBEI |
| PA 1-621-993 | SUPERNATURAL: The Benders | WBEI |
| PA 1-622-015 | SUPERNATURAL: Shadow | WBEI |
| PA 1-621-992 | SUPERNATURAL: Hell House | WBEI |
| PA 1-622-005 | SUPERNATURAL: Something Wicked | WBEI |
| PA 1-621-990 | SUPERNATURAL: Provenance | WBEI |
| PA 1-622-009 | SUPERNATURAL: Dead Man's Blood | WBEI |
| PA 1-622-011 | SUPERNATURAL: Salvation | WBEI |
| PA 1-622-017 | SUPERNATURAL: Devil's Trap | WBEI |
| PA 1-319-356 | Take the Lead | New Line Productions, Inc. |
| PA 1-795-517 | THE BIG BANG THEORY: Pilot | WBEI |
| PA 1-799-964 | THE BIG BANG THEORY: The Big Bran Hypothesis | WBEI |
| PA 1-799-962 | THE BIG BANG THEORY: The Fuzzy Boots Corollary | WBEI |

| | | |
|---|---|---|
| PA 1-799-893 | THE BIG BANG THEORY: The Luminous Fish Effect | WBEI |
| PA 1-799-876 | THE BIG BANG THEORY: The Hamburger Postulate | WBEI |
| PA 1-799-894 | THE BIG BANG THEORY: The Middle Earth Paradigm | WBEI |
| PA 1-799-868 | THE BIG BANG THEORY: The Dumpling Paradox | WBEI |
| PA 1-799-872 | THE BIG BANG THEORY: The Grasshopper Experiment | WBEI |
| PA 1-799-890 | THE BIG BANG THEORY: The Cooper-Hofstadter Polarization | WBEI |
| PA 1-800-073 | THE BIG BANG THEORY: The Loobenfeld Decay | WBEI |
| PA 1-799-897 | THE BIG BANG THEORY: The Pancake Batter Anomaly | WBEI |
| PA 1-799-875 | THE BIG BANG THEORY: The Jerusalem Duality | WBEI |
| PA 1-799-899 | THE BIG BANG THEORY: The Bat Jar Conjecture | WBEI |
| PA 1-799-884 | THE BIG BANG THEORY: The Nerdvana Annihilation | WBEI |
| PA 1-799-886 | THE BIG BANG THEORY: The Pork Chop Indeterminacy | WBEI |
| PA 1-799-887 | THE BIG BANG THEORY: The Peanut Reaction | WBEI |
| PA 1-799-865 | THE BIG BANG THEORY: The Tangerine Factor | WBEI |
| PA 1-696-748 | THE BIG BANG THEORY: The Vartabedian Conundrum | WBEI |
| PA 1-696-743 | THE BIG BANG THEORY: The Euclid Alternative | WBEI |
| PA 1-696-733 | THE BIG BANG THEORY: The Cooper-Nowitzki Theorem | WBEI |
| PA 1-696-749 | THE BIG BANG THEORY: The Killer Robot Instability | WBEI |

| | | |
|---|---|---|
| PA 1-696-751 | THE BIG BANG THEORY: The Dead Hooker Juxtaposition | WBEI |
| PA 1-696-752 | THE BIG BANG THEORY: The Bath Item Gift Hypothesis | WBEI |
| PA 1-696-753 | THE BIG BANG THEORY: The Terminator Decoupling | WBEI |
| PA 1-696-755 | THE BIG BANG THEORY: The Lizard-Spock Expansion | WBEI |
| PA 1-696-756 | THE BIG BANG THEORY: The Griffin Equivalency | WBEI |
| PA 1-696-723 | THE BIG BANG THEORY: The Hofstadter Isotope | WBEI |
| PA 1-696-719 | THE BIG BANG THEORY: The Work Song Nanocluster | WBEI |
| PA 1-696-724 | THE BIG BANG THEORY: The Cushion Saturation | WBEI |
| PA 1-696-726 | THE BIG BANG THEORY: The Friendship Algorithm | WBEI |
| PA 1-696-727 | THE BIG BANG THEORY: The Monopolar Expedition | WBEI |
| PA 1-696-730 | THE BIG BANG THEORY: The Financial Permeability | WBEI |
| PA 1-696-734 | THE BIG BANG THEORY: The Barbarian Sublimation | WBEI |
| PA 1-696-745 | THE BIG BANG THEORY: The Vegas Renormailization | WBEI |
| PA 1-696-746 | THE BIG BANG THEORY: The Classified Materials | WBEI |
| PA 1-696-757 | THE BIG BANG THEORY: The Codpiece Topology | WBEI |
| PA 1-696-758 | THE BIG BANG THEORY: The Panty Pinata Polarization | WBEI |
| PA 1-696-761 | THE BIG BANG THEORY: The Bad Fish Paradigm | WBEI |

| | | |
|---|---|---|
| PA 1-696-763 | THE BIG BANG THEORY: The White Asparagus Triangulation | WBEI |
| PA 1-696-765 | THE BIG BANG THEORY: The Maternal Capacitance | WBEI |
| PA 1-839-789 | THE BIG BANG THEORY: The Electric Can opener Fluctuation | WBEI |
| PA 1-839-759 | THE BIG BANG THEORY: The Jiminy Conjecture | WBEI |
| PA 1-839-694 | THE BIG BANG THEORY: The Gothowitz Deviation | WBEI |
| PA 1-839-728 | THE BIG BANG THEORY: The Pirate Solution | WBEI |
| PA 1-839-770 | THE BIG BANG THEORY: The Creepy Candy Coating Corollary | WBEI |
| PA 1-839-811 | THE BIG BANG THEORY: The Cornhusker Vortex | WBEI |
| PA 1-839-702 | THE BIG BANG THEORY: The Guitarist Amplification | WBEI |
| PA 1-839-730 | THE BIG BANG THEORY: The Adhesive Duck Deficiency | WBEI |
| PA 1-839-693 | THE BIG BANG THEORY: The Vengeance Formulation | WBEI |
| PA 1-839-792 | THE BIG BANG THEORY: The Gorilla Experiment | WBEI |
| PA 1-839-756 | THE BIG BANG THEORY: The Maternal Congruence | WBEI |
| PA 1-839-706 | THE BIG BANG THEORY: The Psychic Vortex | WBEI |
| PA 1-839-790 | THE BIG BANG THEORY: The Bozeman Reaction | WBEI |
| PA 1-839-815 | THE BIG BANG THEORY: The Einstein Approximation | WBEI |
| PA 1-839-805 | THE BIG BANG THEORY: The Large Hadron Collision | WBEI |
| PA 1-839-767 | THE BIG BANG THEORY: The Excelsior Acquisition | WBEI |

| | | |
|---|---|---|
| PA 1-839-803 | THE BIG BANG THEORY: The Precious Fragmentation | WBEI |
| PA 1-839-812 | THE BIG BANG THEORY: The Pants Alternative | WBEI |
| PA 1-839-793 | THE BIG BANG THEORY: The Wheaton Recurrence | WBEI |
| PA 1-839-788 | THE BIG BANG THEORY: The Spaghetti Catalyst | WBEI |
| PA 1-839-692 | THE BIG BANG THEORY: The Plimpton Stimulation | WBEI |
| PA 1-839-802 | THE BIG BANG THEORY: The Staircase Implementation | WBEI |
| PA 1-839-724 | THE BIG BANG THEORY: The Lunar Excitation | WBEI |
| PA 1-801-541 | THE BIG BANG THEORY: The Robotic Manipulaton | WBEI |
| PA 1-801-374 | THE BIG BANG THEORY: The Cruciferous Vegetable Amplification | WBEI |
| PA 1-801-411 | THE BIG BANG THEORY: The Zazzy Substitution | WBEI |
| PA 1-801-531 | THE BIG BANG THEORY: The Hot Troll Deviation | WBEI |
| PA 1-801-539 | THE BIG BANG THEORY: The Desperation Emanation | WBEI |
| PA 1-801-425 | THE BIG BANG THEORY: The Irish Pub Formulation | WBEI |
| PA 1-801-527 | THE BIG BANG THEORY: The Apology Insufficiency | WBEI |
| PA 1-801-375 | THE BIG BANG THEORY: The 21-Second Excitation | WBEI |
| PA 1-801-519 | THE BIG BANG THEORY: The Boyfriend Complexity | WBEI |
| PA 1-801-401 | THE BIG BANG THEORY: The Alien Parasite Hypothesis | WBEI |
| PA 1-801-430 | THE BIG BANG THEORY: The Justice League Recombination | WBEI |

| | | |
|---|---|---|
| PA 1-801-421 | THE BIG BANG THEORY: The Bus Pants Utilization | WBEI |
| PA 1-801-538 | THE BIG BANG THEORY: The Love Car Displacement | WBEI |
| PA 1-801-521 | THE BIG BANG THEORY: The Thespian Catalyst | WBEI |
| PA 1-801-406 | THE BIG BANG THEORY: The Benefactor Factor | WBEI |
| PA 1-801-403 | THE BIG BANG THEORY: The Cohabitation Formulation | WBEI |
| PA 1-801-524 | THE BIG BANG THEORY: The Toast Derivation | WBEI |
| PA 1-801-407 | THE BIG BANG THEORY: The Prestidigitation Approximation | WBEI |
| PA 1-801-534 | THE BIG BANG THEORY: The Zarnecki Incursion | WBEI |
| PA 1-801-522 | THE BIG BANG THEORY: The Herb Garden Germination | WBEI |
| PA 1-801-382 | THE BIG BANG THEORY: The Agreement Dissection | WBEI |
| PA 1-801-424 | THE BIG BANG THEORY: The Wildebeest Implementation | WBEI |
| PA 1-801-540 | THE BIG BANG THEORY: The Engagement Reaction | WBEI |
| PA 1-801-517 | THE BIG BANG THEORY: The Roommate Transmorgrification | WBEI |
| PA 1-805-604 | THE BIG BANG THEORY: The Skank Reflex Analysis | WBEI |
| PA 1-829-818 | THE BIG BANG THEORY: The Infestation Hypothesis | WBEI |
| PA 1-829-829 | THE BIG BANG THEORY: The Pulled Groin Extrapolation | WBEI |
| PA 1-830-263 | THE BIG BANG THEORY: The Wiggly Finger Catalyst | WBEI |
| PA 1-829-822 | THE BIG BANG THEORY: The Russian Rocket Reaction | WBEI |

| | | |
|---|---|---|
| PA 1-829-840 | THE BIG BANG THEORY: The Rhinitis Revelation | WBEI |
| PA 1-829-821 | THE BIG BANG THEORY: The Good Guy Fluctuation | WBEI |
| PA 1-829-844 | THE BIG BANG THEORY: The Isolation Permutation | WBEI |
| PA 1-829-827 | THE BIG BANG THEORY: The Ornithophobia Diffusion | WBEI |
| PA 1-829-825 | THE BIG BANG THEORY: The Flaming Spittoon Acquisition | WBEI |
| PA 1-829-846 | THE BIG BANG THEORY: The Speckerman Recurrence | WBEI |
| PA 1-829-848 | THE BIG BANG THEORY: The Shiny Trinket Maneuver | WBEI |
| PA 1-829-841 | THE BIG BANG THEORY: The Recombination Hypothesis | WBEI |
| PA 1-829-820 | THE BIG BANG THEORY: The Beta Test Initiation | WBEI |
| PA 1-829-805 | THE BIG BANG THEORY: The Friendship Contraction | WBEI |
| PA 1-829-830 | THE BIG BANG THEORY: The Vacation Solution | WBEI |
| PA 1-829-843 | THE BIG BANG THEORY: The Rothman Disintegration | WBEI |
| PA 1-829-828 | THE BIG BANG THEORY: The Werewolf Transformation | WBEI |
| PA 1-829-849 | THE BIG BANG THEORY: The Weekend Vortex | WBEI |
| PA 1-829-826 | THE BIG BANG THEORY: The Transporter Malfunction | WBEI |
| PA 1-829-803 | THE BIG BANG THEORY: The Hawking Excitation | WBEI |
| PA 1-829-819 | THE BIG BANG THEORY: The Stag Convergence | WBEI |
| PA 1-829-801 | THE BIG BANG THEORY: The Launch Acceleration | WBEI |

| | | |
|---|---|---|
| PA 1-805-577 | THE BIG BANG THEORY: The Countdown Reflection | WBEI |
| PA 1-327-436 | The Lake House | WV Films III, LLC |
| PA 1-783-492 | THE VAMPIRE DIARIES: Pilot | WBEI; CBS Studios Inc. ("CBS") |
| PA 1-783-505 | THE VAMPIRE DIARIES: The Night Of The Comet | WBEI; CBS |
| PA 1-783-510 | THE VAMPIRE DIARIES: Friday Night Bites | WBEI; CBS |
| PA 1-783-518 | THE VAMPIRE DIARIES: Family Ties | WBEI; CBS |
| PA 1-783-545 | THE VAMPIRE DIARIES: You're Undead To Me | WBEI; CBS |
| PA 1-783-551 | THE VAMPIRE DIARIES: Lost Girls | WBEI; CBS |
| PA 1-783-556 | THE VAMPIRE DIARIES: Haunted | WBEI; CBS |
| PA 1-783-559 | THE VAMPIRE DIARIES: 162 Candles | WBEI; CBS |
| PA 1-783-563 | THE VAMPIRE DIARIES: History Repeating | WBEI; CBS |
| PA 1-783-567 | THE VAMPIRE DIARIES: The Turning Point | WBEI; CBS |
| PA 1-783-574 | THE VAMPIRE DIARIES: Bloodlines | WBEI; CBS |
| PA 1-783-578 | THE VAMPIRE DIARIES: Unpleasantville | WBEI; CBS |
| PA 1-783-584 | THE VAMPIRE DIARIES: Children Of The Damned | WBEI; CBS |
| PA 1-783-586 | THE VAMPIRE DIARIES: Fool Me Once | WBEI; CBS |
| PA 1-783-588 | THE VAMPIRE DIARIES: A Few Good Men | WBEI; CBS |
| PA 1-781-131 | THE VAMPIRE DIARIES: There Goes The Neighborhood | WBEI; CBS |
| PA 1-783-591 | THE VAMPIRE DIARIES: Let The Right One In | WBEI; CBS |
| PA 1-783-593 | THE VAMPIRE DIARIES: Under Control | WBEI; CBS |
| PA 1-783-596 | THE VAMPIRE DIARIES: Miss Mystic Falls | WBEI; CBS |
| PA 1-783-613 | THE VAMPIRE DIARIES: Blood Brothers | WBEI; CBS |
| PA 1-783-614 | THE VAMPIRE DIARIES: Isobel | WBEI; CBS |
| PA 1-783-616 | THE VAMPIRE DIARIES: Founder's Day | WBEI; CBS |
| PA 1-799-078 | THE VAMPIRE DIARIES: The Return | WBEI; CBS |
| PA 1-799-070 | THE VAMPIRE DIARIES: Brave New World | WBEI; CBS |
| PA 1-799-071 | THE VAMPIRE DIARIES: Bad Moon Rising | WBEI; CBS |
| PA 1-799-082 | THE VAMPIRE DIARIES: Memory Lane | WBEI; CBS |

| | | |
|---|---|---|
| PA 1-799-074 | THE VAMPIRE DIARIES: Kill Or Be Killed | WBEI; CBS |
| PA 1-799-084 | THE VAMPIRE DIARIES: Plan B | WBEI; CBS |
| PA 1-799-072 | THE VAMPIRE DIARIES: Masquerade | WBEI; CBS |
| PA 1-799-073 | THE VAMPIRE DIARIES: Rose | WBEI; CBS |
| PA 1-799-075 | THE VAMPIRE DIARIES: Katerina | WBEI; CBS |
| PA 1-799-064 | THE VAMPIRE DIARIES: The Sacrifice | WBEI; CBS |
| PA 1-799-047 | THE VAMPIRE DIARIES: By The Light Of The Moon | WBEI; CBS |
| PA 1-799-065 | THE VAMPIRE DIARIES: The Descent | WBEI; CBS |
| PA 1-799-067 | THE VAMPIRE DIARIES: Daddy Issues | WBEI; CBS |
| PA 1-799-058 | THE VAMPIRE DIARIES: Crying Wolf | WBEI; CBS |
| PA 1-799-062 | THE VAMPIRE DIARIES: The Dinner Party | WBEI; CBS |
| PA 1-799-029 | THE VAMPIRE DIARIES: The House Guest | WBEI; CBS |
| PA 1-799-087 | THE VAMPIRE DIARIES: Know Thy Enemy | WBEI; CBS |
| PA 1-799-040 | THE VAMPIRE DIARIES: The Last Dance | WBEI; CBS |
| PA 1-799-042 | THE VAMPIRE DIARIES: Klaus | WBEI; CBS |
| PA 1-799-038 | THE VAMPIRE DIARIES: The Last Day | WBEI; CBS |
| PA 1-799-045 | THE VAMPIRE DIARIES: The Sun Also Rises | WBEI; CBS |
| PA 1-799-086 | THE VAMPIRE DIARIES: As I Lay Dying | WBEI; CBS |
| PA 1-806-075 | THE VAMPIRE DIARIES: The Birthday | WBEI |
| PA 1-840-715 | THE VAMPIRE DIARIES: The Hybrid | WBEI |
| PA 1-840-836 | THE VAMPIRE DIARIES: The End Of The Affair | WBEI |
| PA 1-840-714 | THE VAMPIRE DIARIES: Disturbing Behavior | WBEI |
| PA 1-840-717 | THE VAMPIRE DIARIES: The Reckoning | WBEI |
| PA 1-840-716 | THE VAMPIRE DIARIES: Smells Like Teen Spirit | WBEI |
| PA 1-840-829 | THE VAMPIRE DIARIES: Ghost World | WBEI |
| PA 1-840-721 | THE VAMPIRE DIARIES: Ordinary People | WBEI |
| PA 1-840-703 | THE VAMPIRE DIARIES: Homecoming | WBEI |
| PA 1-840-820 | THE VAMPIRE DIARIES: The New Deal | WBEI |
| PA 1-840-719 | THE VAMPIRE DIARIES: Our Town | WBEI |
| PA 1-840-698 | THE VAMPIRE DIARIES: The Ties That Bind | WBEI |

| | | |
|---|---|---|
| PA 1-840-722 | THE VAMPIRE DIARIES: Bringing Out The Dead | WBEI |
| PA 1-840-708 | THE VAMPIRE DIARIES: Dangerous Liaisons | WBEI |
| PA 1-840-706 | THE VAMPIRE DIARIES: All My Children | WBEI |
| PA 1-840-720 | THE VAMPIRE DIARIES: 1912 | WBEI |
| PA 1-843-357 | THE VAMPIRE DIARIES: Break On Through | WBEI |
| PA 1-843-356 | THE VAMPIRE DIARIES: The Murder Of One | WBEI |
| PA 1-843-353 | THE VAMPIRE DIARIES: Heart Of Darkness | WBEI |
| PA 1-843-350 | THE VAMPIRE DIARIES: Do Not Go Gentle | WBEI |
| PA 1-843-352 | THE VAMPIRE DIARIES: Before Sunset | WBEI |
| PA 1-806-077 | THE VAMPIRE DIARIES: The Departed | WBEI |
| PA 1-758-424 | TWO AND A HALF MEN: Taterhead is Our Love Child | WBEI |
| PA 1-758-628 | TWO AND A HALF MEN: Pie Hole, Herb | WBEI |
| PA 1-758-655 | TWO AND A HALF MEN: Damn You, Eggs Benedict | WBEI |
| PA 1-758-641 | TWO AND A HALF MEN: The Flavin' and the Mavin' | WBEI |
| PA 1-758-322 | TWO AND A HALF MEN: A Jock Strap in Hell | WBEI |
| PA 1-758-666 | TWO AND A HALF MEN: It's Always Nazi Week | WBEI |
| PA 1-758-368 | TWO AND A HALF MEN: Best H.O. Money Can Buy | WBEI |
| PA 1-758-617 | TWO AND A HALF MEN: Pinocchio's Mouth | WBEI |
| PA 1-758-470 | TWO AND A HALF MEN: The Mooch at the Boo | WBEI |
| PA 1-758-504 | TWO AND A HALF MEN: He Smelled the Ham, He Got Excited | WBEI |
| PA 1-758-610 | TWO AND A HALF MEN: The Devil's Lube | WBEI |
| PA 1-758-344 | TWO AND A HALF MEN: Thank God for Scoliosis | WBEI |
| PA 1-758-598 | TWO AND A HALF MEN: I Think You Offended Don | WBEI |

| | | |
|---|---|---|
| PA 1-758-316 | TWO AND A HALF MEN: David Copperfield Slipped Me a Roofie | WBEI |
| PA 1-758-318 | TWO AND A HALF MEN: I'd Like to Start with the Cat | WBEI |
| PA 1-758-342 | TWO AND A HALF MEN: She'll Still Be Dead at Halftime | WBEI |
| PA 1-758-654 | TWO AND A HALF MEN: The 'Ocu' or the 'Pado'? | WBEI |
| PA 1-758-314 | TWO AND A HALF MEN: My Son's Enormous Head | WBEI |
| PA 1-758-321 | TWO AND A HALF MEN: The Two Finger Rule | WBEI |
| PA 1-758-352 | TWO AND A HALF MEN: Hello, I am Alan Cousteau | WBEI |
| PA 1-758-325 | TWO AND A HALF MEN: Above Exalted Cyclops | WBEI |
| PA 1-758-323 | TWO AND A HALF MEN: Sir Lancelot's Litter Box | WBEI |
| PA 1-758-317 | TWO AND A HALF MEN: Good Morning, Mrs. Butterworth | WBEI |
| PA 1-758-668 | TWO AND A HALF MEN: Baseball was Better with Steroids | WBEI |